**Motion granted; Order filed August 16, 2016.**



**In The**

# Fourteenth Court of Appeals

_____

**NO. 14-16-00324-CV**

_____

**DIOGU KALU DIOGU II, Appellant**

**V.**

**ROY MCCLOUD, Appellee**

**On Appeal from the 400th District Court**
**Fort Bend County, Texas**
**Trial Court Cause No. 10-DCV-179785**

_____

**NO. 14-16-00330-CV**

_____

**DIOGU K. DIOGU II, Appellant**

**V.**

**ROY MCCLOUD, Appellee**

**On Appeal from the 400th District Court**
**Fort Bend County, Texas**
**Trial Court Cause No. 13-DCV-210161**

## ORDER

On April 20, 2016, appellant filed a notice of appeal from a judgment signed January 21, 2016, and the appeal was assigned to this court under our appellate number 14–16–00324–CV. On April 20, 2016, appellant also filed a notice of appeal from an order granting appellee's bill of review in a related case below; this notice of appeal was assigned to this court under our appellate number 14–16–00330–CV. On June 27, 2016, appellant filed a motion to consolidate the related appeals. The motion is **GRANTED,** and we issue the following order:

We order the appeals pending under our appellate case numbers 14–16–00324–CV and 14–16–00330–CV **CONSOLIDATED.** The existing filing deadlines in case number 14–16–00330–CV will apply to both cases.

PER CURIAM